UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 08 B 09254
   WILLIE J ROBINSON
   ALANA L ROBINSON                       CHAPTER 13

                                          JUDGE: BRUCE W BLACK
        Debtor
   SSN XXX-XX-5868      SSN XXX-XX-4324
```

---

TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 04/16/08 and confirmed on 08/01/08.

2. The case was dismissed after confirmation, 01/16/2009.

3. The Debtor paid a total of $ 3622.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| LITTON LOAN SERVICING IN | CURRENT MORTG | .00 | .00 | .00 |
| LITTON LOAN SERVICING IN | MORTGAGE ARRE | .00 | .00 | .00 |
| OCWEN LOAN SVCG | SECURED | .00 | .00 | .00 |
| OCWEN LOAN SVCG | MORTGAGE ARRE | .00 | .00 | .00 |
| GREAT AMERICAN FINANCE | SECURED | 500.00 | 4.62 | 53.44 |
| NATIONWIDE CAC LTD PARTN | SECURED VEHIC | 4175.15 | 44.19 | 487.11 |
| WINSTON VILLAGE ASSOC | SECURED | 2689.84 | .00 | 268.98 |
| AR CONCEPTS | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN RECOVERY SYSTEM | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | NOT FILED | .00 | .00 |
| CENTRIX RESOURCE SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| CCA | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT MANAGEMENT SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| DEPARTMENT VETERAN AFFAI | UNSECURED | NOT FILED | .00 | .00 |
| H&F LAW | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| IC SYSTEM | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| WOMENS HEALTH CARE | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| ADVENTISTS | UNSECURED | NOT FILED | .00 | .00 |
| EDWARD HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| MIDLAND CREDIT MGMT | UNSECURED | NOT FILED | .00 | .00 |
| PALISADES COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| GREAT AMERICAN FINANCE | UNSECURED | 2372.72 | .00 | .00 |

Summary of disbursements:

---

```
                      SECURED     PRIORITY   UNSECURED         OTHER         TOTAL
------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED    7364.99         .00      2372.72           .00        9737.71
PRINCIPAL PAID         809.53         .00          .00           .00         809.53
INTEREST PAID           48.81         .00          .00           .00          48.81
TOTAL PAID             858.34         .00          .00           .00         858.34
```

The Debtor's attorney, CHANG & CARLIN              , was allowed $   3500.00
and was paid $     817.00   direct and $    2554.46   through the plan.

The Trustee received $     209.20 .

Refunds to the Debtor totaled $         .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 03/12/09                        /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE